THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Gregory Chance, Appellant.
 
 
 

Appeal From Aiken County
Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2006-UP-134
Submitted March 1, 2006  Filed March 9, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Gregory Chance appeals the revocation of his suspended sentence.  Chance was originally sentenced for financial transaction card theft to three years suspended upon the service of sixty-nine days, plus four years probation and restitution of $2,866.96.  The judge ordered that probation be tolled while Chance was successfully enrolled in rehabilitation.  After Chance violated a condition of his probation, the circuit judge revoked two years of Chances suspended sentence, terminated his probation, and converted the balance of the restitution to a civil judgment.  Chances appellate counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from representation, asserting there are no directly appealable issues of arguable merit.  Chance did not file a pro se response with the Court.
After a review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.[1]
 APPEAL DISMISSED.
 HEARN, C.J., ANDERSON, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.